THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:04CR78-LAC

JULIO ENRIQUE MELECIO

---

## ORDER OF DISMISSAL

The Government has filed a motion pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the indictment pertaining to defendant **JULIO ENRIQUE MELECIO**. Subject motion is granted.

DONE AND ORDERED this the 9th day of September, 2005.

M. Casey Rodgers
UNITED STATES DISTRICT JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2005 SEP -9  AM 9: 22

FILED